# EXHIBIT 46

```
 1              MR. CHURCH:  No, Your Honor.
 2              THE COURT:  Mr. Bostic?
 3              MR. BOSTIC:  No, Your Honor.
 4              THE COURT:  Thank you, both.
 5              (At 3:29 p.m., off the record)
 6              (At 4:35 p.m., back on the record)
 7              THE COURT:  We're go back on the record with
 8      People versus Charles Funk, 16-03901.  I've been advised
 9      that the jury has a verdict.  If you could bring them in,
10      and we'll rise for them.
11              (At 4:37 p.m., jurors enter the courtroom)
12              THE COURT:  Everyone can be seated.  And has the
13      jury selected a foreperson?
14              JUROR ENO:  Me.
15              THE COURT:  Can you please stand?
16              JUROR ENO:  Yeah.
17              THE COURT:  And you're Mr. Eno?
18              JUROR ENO:  Yes.
19              THE COURT:  And as to the sole count, unsafely
20      approaching a wheelchair user in a crosswalk, how do you
21      find?
22              JUROR ENO: We found guilty.
23              THE COURT:  Thank you.  You can be seated.  As
24      to this matter, did you want the jury polled, Mr. Church?
25              MR. CHURCH:  The People don't need it.
```

```
 1              MR. BOSTIC:  Yes, Your Honor.
 2              THE COURT:  All right.  Ms. Blanck, is that your
 3   verdict today?
 4              JUROR BLANCK:  Yes, ma'am.
 5              THE COURT:  Mr. Eno, is that your verdict?
 6              JUROR ENO:  Yes, ma'am.
 7              THE COURT:  Ms. Jackson, is that your verdict?
 8              JUROR JACKSON:  Yes.
 9              THE COURT:  And Mr. Chapman, is that your
10   verdict?
11              JUROR CHAPMAN:  Yes, ma'am.
12              THE COURT:  Ms. Tor --
13              JUROR TORTORELLA:  Tortorella.
14              THE COURT:  Is that your verdict?
15              JUROR TORTORELLA:  Yes.
16              THE COURT:  And Mr. Koliboski.
17              JUROR KOLIBOSKI:  Yes, it is my verdict.
18              THE COURT:  Thank you.  We thank you for your
19   service today, actually for two days, and the weather
20   being as it was today, we appreciate you coming.  As we
21   indicated in the beginning, our system of justice could
22   not continue without service from members of our
23   community, so we thank you.
24              Anything else for the record before we discharge
25   the jury?
```